# United States District Court
## Southern District of Georgia

Cheryl Sumner  
Plaintiff

v.

Johnson & Johnson, et al.  
Defendant

Case No. 4:20-cv-00035-WTM-CLR

Appearing on behalf of

Plaintiff  
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 27th day of February, 2020 .

*(signed)* Christopher L. Ray  
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Roy E. Barnes

Business Address:  
Barnes Law Group, LLC  
Firm/Business Name

31 Atlanta Street  
Street Address

Marietta — GA — 30060  
Street Address (con't) — City — State — Zip

Same as street address  
Mailing Address (if other than street address)

Address Line 2 — City — State — Zip

770-227-6375 — 039000  
Telephone Number (w/ area code) — Georgia Bar Number

Email Address: roy@barneslawgroup.com