# United States District Court
## Southern District of Georgia

Cheryl Sumner

Plaintiff

v.

Johnson & Johnson, et al.

Defendant

Case No. 4:20-cv-00035-WTM-CLR

Appearing on behalf of

Plaintiff

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 27th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: John R. Bevis

Business Address: Barnes Law Group, LLC
Firm/Business Name

31 Atlanta Street
Street Address

Marietta | GA | 30060
Street Address (con't) | City | State | Zip

Same as street address
Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

770-227-6375 | 056110
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: bevis@barneslawgroup.com