# United States District Court
## Southern District of Georgia

Cheryl Sumner
Plaintiff

v.

Johnson & Johnson, et al.
Defendant

Case No. 4:20-cv-00035-WTM-CLR

Appearing on behalf of

Plaintiff
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 27th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Benjamin R. Rosichan

Business Address: Barnes Law Group, LLC
Firm/Business Name

31 Atlanta Street
Street Address

Marietta      GA      30060
Street Address (con't)   City   State   Zip

Same as street address
Mailing Address (if other than street address)

Address Line 2   City   State   Zip

770-227-6375                    296256
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: brosichan@barneslawgroup.com