# United States District Court
## Southern District of Georgia

Cheryl Sumner
Plaintiff

v.

Johnson & Johnson, et al.
Defendant

Case No. 4:20-cv-00035-WTM-CLR

Appearing on behalf of

Plaintiff
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 27th day of February, 2020.

*[signature: Christopher L. Ray]*
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Julia A. Merritt

Business Address:
Cheeley Law Group, LLC
Firm/Business Name

2500 Old Milton Parkway
Street Address

Suite 200 | Alpharetta | GA | 30009
Street Address (con't) | City | State | Zip

Same as street address
Mailing Address (if other than street address)

| | | |
Address Line 2 | City | State | Zip

770-814-7001 | 159038
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: julia@cheeleylawgroup.com